1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   DURRELL ANTHONY PUCKETT,                      No.  2:23-cv-00903 KJM SCR P

11                    Plaintiff,

12          v.                                     ORDER

13   JEFF LYNCH, et al.,

14                    Defendants.

15

16          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

17   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

18   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On May 1, 2024, the magistrate judge filed findings and recommendations, which were

20   served on plaintiff and which contained notice to plaintiff that any objections to the findings and

21   recommendations were to be filed within 21 days.  Plaintiff has not filed objections to the

22   findings and recommendations.

23          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

24   602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

25   de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

26   by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

27   [.]").  Having reviewed the file, the court finds the findings and recommendations to be supported

28   by the record and by the proper analysis.

                                                   1

1  Accordingly, IT IS HEREBY ORDERED as follows:

2  1.  The findings and recommendations filed May 1, 2024 (ECF No. 13) are adopted in

3  full.

4  2.  Plaintiff's due process claim is dismissed as to defendant Ralph Diaz for failure to state

5  a claim and without further leave to amend.

6  3.  This case proceeds on plaintiff's retaliation claim against each named defendant and

7  plaintiff's due process claim against defendants Alfaro, Lynch, Rojas, Baughman and Lozano.

8  4.  This case is referred back to the magistrate judge for further pretrial proceedings.

9  DATED:  August 16, 2024.

10

11  _____

12  CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28