1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  R. LAWRENCE BRAGG, State Bar No. 119194
   Supervising Deputy Attorney General
3  ANDREA R. SLOAN, State Bar No. 265421
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7362
6   Fax: (916) 324-5205
    E-mail: Andrea.Sloan@doj.ca.gov
7  *Attorneys for Defendants J. Lynch, D. Baughman,
   J. Lozano, and C. Rojas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>                              Plaintiff,<br><br>    v.<br><br>JEFF LYNCH, et al.,<br><br>                              Defendants. | 2:23-cv-00903-KJM-SCR<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS UNDER 28 U.S.C. § 1915(e)(2)(A), OR, IN THE ALTERNATIVE, MOTION FOR AN ORDER REVOKING PLAINTIFF'S *IN FORMA PAUPERIS* STATUS**<br><br>Judge:         The Honorable Sean C. Riordan<br>Action Filed:  May 15, 2023 |

**TO PLAINTIFF PRO SE DURRELL ANTHONY PUCKETT:**

**PLEASE TAKE NOTICE** that Defendants move the Court for an order dismissing the action under 28 U.S.C. § 1915(e)(2)(A) based on Plaintiff's false declaration of poverty in his application for *in forma pauperis* status. Plaintiff's application omitted settlement proceeds and he diverted funds to artificially impoverish himself. In the alternative, Defendants request an order revoking Plaintiff's *in forma pauperis* status under 28 U.S.C. § 1915(g) on the grounds that: (1) Plaintiff previously filed at least three actions or appeals that were dismissed as frivolous or for failure to state a claim upon which relief may be granted; and (2) Plaintiff was not in imminent danger of serious physical injury when he filed suit.

1

**PLEASE TAKE FURTHER NOTICE** that, consistent with Local Rule 230(*l*), this motion is submitted on the record without oral argument unless otherwise ordered by the Court. Plaintiff is required to file an opposition or a statement of non-opposition to this motion under Local Rule 230(*l*). The opposition or statement of non-opposition must be filed not more than twenty-one days after the date of service of this motion. Failure to file an opposition or statement of non-opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions. *See* Local Rule 230(*l*); *see also* Local Rule 110.

This motion is based on this notice and motion, the accompanying memorandum of points and authorities, supporting declarations, the Request for Judicial Notice and attached exhibits, the pleadings, records, and files in this action, and such other matters as may properly come before the Court.

Dated: September 26, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
R. LAWRENCE BRAGG
Supervising Deputy Attorney General


*/s/ Andrea R. Sloan*
ANDREA R. SLOAN
Deputy Attorney General
*Attorneys for Defendants*
J. Lynch, D. Baughman, J. Lozano, and C. Rojas

SA2024302649
38431330.docx

2

Defs.' Notice of Motion to Dismiss Under 28 U.S.C. § 1915(e)(2)(A), or, in the Alt. Motion for an Order Revoking Pl.'s *In Forma Pauperis* Status (2:23-cv-00903-KJM-SCR)