1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9
10

11  DURRELL ANTHONY PUCKETT,                No.  2:23-cv-0903 KJM SCR P

12              Plaintiff,

13       v.                                  ORDER

14  JEFF LYNCH, et al.,

15              Defendants.

16

17      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18  under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19  by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20      On December 27, 2024, the magistrate judge filed findings and recommendations, which

21  were served on all parties and which contained notice to all parties that any objections to the

22  findings and recommendations were to be filed within twenty-one days.  Objections to the

23  findings and recommendations have been filed.

24      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25  court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26  findings and recommendations to be supported by the record and by proper analysis.

27  /////

28  /////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.  The findings and recommendations (ECF No. 53) are adopted in full; and

3     2.  Plaintiff's motions for preliminary injunction (ECF No. 34 & 37) are denied.

4     This resolves ECF Nos. 34 & 37.

5     IT IS SO ORDERED.

6  DATED:  February 7, 2025.

UNITED STATES DISTRICT JUDGE