UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | No.  2:23-cv-0903 KJM SCR P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2025, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1] Plaintiff also appealed the findings and recommendations to the Ninth Circuit (ECF Nos. 67-68), which subsequently denied the appeal for lack of jurisdiction on May 27, 2025 (ECF No. 74).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 66) are adopted in full;

2. Plaintiff's Motion to File a Third Amended Complaint (ECF No. 29), Motion for Summary Judgment (ECF No. 42), Motion for Default Judgment (ECF No. 50), and Motion for Temporary Restraining Order (ECF No. 70) are DENIED as moot;

3. Defendants' Request for Screening (ECF No. 31) is DENIED as moot;

4. Defendants' Motion to Dismiss Pursuant to 28 U.S.C. § 1915(e)(2)(A) (ECF No. 32) is GRANTED with prejudice and Plaintiff's in forma pauperis status is REVOKED; and

5. The Clerk of the Court is directed to close this case.

DATED:  June 25, 2025.

UNITED STATES DISTRICT JUDGE